168 A.3d 1164

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. M.D., DEFENDANT–PETITIONER, AND J.S., DEFENDANT. IN THE MATTER OF THE GUARDIANSHIP OF A.S., A MINOR–RESPONDENT.

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4742/4743–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1164

KATHLEEN BIKOFF, PLAINTIFF–RESPONDENT, v. DAVID J. BIKOFF, DEFENDANT–PETITIONER.

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000727–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.